**In re the Matter of T.L.F. and C.A.F., Plaintiff;**

**J.W.W. and S.L.W., Respondents,**

v.

**R.A.F., Appellant.**

**No. WD 66600.**

Missouri Court of Appeals, Western District.

Dec. 12, 2006.

Matthew David Lowe, Clinton, MO, for appellant.

Audara L. Charlton Lutjen, Clinton, MO, attorney and guardian ad litem for children.

Joseph D. Baker, Osceola, MO, for respondents.

Before VICTOR C. HOWARD, C.J., P.J., JAMES M. SMART, JR., and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

R.A.F. appeals the judgment terminating his parental rights to his two minor children in conjunction with a step-parent adoption. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).